# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| EDDIE BANKS, *et al.,* | : |
| | : |
| Plaintiffs, | : |
| v. | : Case No.: 3:21-CV-00065 |
| | : |
| CITY OF FREDERICKSBURG, *et al.* | : |
| | : |
| | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Thea Paolini, Esq., and the law firm of Cook Craig & Francuzenko, PLLC, as counsel on behalf of Defendant Benjamin Worcester.

Respectfully submitted,

/s/
Thea Paolini. /VSB # 95925
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
tpaolini@cookcraig.com
*Counsel for Defendant Benjamin Worcester*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of October 2021, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system.

Jia Michelle Cobb, Esq.
Relman Dane & Colfax, PLLC
1225 19th Street NW - Suite 600
Washington, DC  20036
Phone:  (202) 728-1888
Fax:     (202) 728-0848
jcobb@relmanlaw.com
*Counsel for Plaintiffs*

Tara Murray, Esq.
Law Office of Tara Murray, PLLC
300 New Jersey Avenue NW - Suite 900
Washington, DC  20001
Phone:  (202) 469-3400
taralcmurray@gmail.com
*Counsel for Plaintiffs*

Terry Catherine Frank, Esq.
Terry Frank Law
108 East Grace Street – Suite 101
Richmond, VA  23219
Phone:  (804) 477-4955
Fax:     (844) 906-2455
terry@terryfranklaw.com
*Counsel for Plaintiffs*

David P. Corrigan, Esq.
Maurice Scott Fisher, Jr., Esq.
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, VA  23255
Phone:  (804) 747-5200
dcorrigan@hccw.com
sfisher@hccw.com
*Counsel for Defendants City of Fredericksburg, Timothy J. Baroody, Brian Layton, & Crystal Hill*

John D. McGavin, Esq.
Anna G. Gillespie Zick, Esq.
Emily Blake, Esq.
Bancroft McGavin Horvath & Judkins PC
9990 Fairfax Blvd. – Suite 400
Fairfax,  VA  22030
Phone:  (703) 385-1000
Fax:  (703) 385-1555
jmcgavin@bmhjlaw.com
azick@bmhjlaw.com
*Counsel for Defendants Betsy Mason, Rich Pennock, Joshua Lynch, David Reilly, Nicole Gentry, Michael Athenry, Jason Pitts, James Carr, Donald Lee Ridenour*

Jennifer Lee Parrish, Esq.
Parrish Snead Franklin Simpson, PLC
901 Princess Anne Street – 2nd Floor
Fredericksburg, VA  22401
Phone:  (540) 373-3500
Fax:     (540) 899-6394
mcgovern@parrishsnead.com
parrish@parrishsnead.com
*Counsel for Defendants City of Fredericksburg, Timothy J. Baroody, Brian Layton, & Crystal Hill*

/s/
Thea Paolini. /VSB # 95925
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
tpaolini@cookcraig.com
*Counsel for Defendant Benjamin Worcester*