IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EDDIE BANKS, et al.,

    Plaintiffs,

v.                            Civil Action No. 3:21cv65

CITY OF FREDERICKSBURG,
et al.,

    Defendants.

**ORDER**

The Court having been advised that the parties in this action have executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that:

(1) By November 12, 2021, the parties shall electronically file a Stipulation of Dismissal with respect to the following individual defendants: Timothy Baroody; Brian Layton; Betsy Mason; Rich Pennock; Joshua Lynch; David Reilly; Nicole Gentry; Crystal Hill; Michael Athenry; Jason Pitts; James Carr; and Donald Ridenour; and

(2) By December 6, 2021, the parties shall electronically file a Stipulation of Dismissal with respect to the City of Fredericksburg; David P. Decatur, Sheriff of the Stafford County

Sheriff's Office, in his individual capacity; Benjamin Worcester; Ryan Weatherholtz; Michael Pearce; and Lucas Burgess; and

(3) The Final Pretrial Conference scheduled for 10:00 a.m. June 1, 2022 is canceled; and

(4) Jury selection scheduled for 9:30 a.m. June 17, 2022 is canceled; and

(5) The jury trial scheduled for 9:30 a.m. June 21, 2022 is canceled; and

(6) The JOINT MOTION TO STAY PROCEEDINGS (ECF No. 97) is denied as moot.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 5, 2021