# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## VIRGINIA
## RICHMOND DIVISION

EDDIE BANKS, *et al.*,

        Plaintiffs,

    v.

CITY OF FREDERICKSBURG, *et al.*

        Defendants.

Case No. 3:21-cv-00065-REP

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and consistent with the Memorandum of Understanding executed by the parties on November 4, 2021, the parties jointly stipulate to Plaintiffs' voluntary dismissal with prejudice of all claims they have asserted in the above-captioned action against Defendants Timothy Baroody, Brian Layton, Betsy Mason, Rich Pennock, Joshua Lynch, David Reilly, Nicole Gentry, Crystal Hill, Michael Athenry, Jason Pitts, James Carr, and Donald Ridenour. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: November 12, 2021

Respectfully submitted,

/s/ Terry C. Frank
Terry C. Frank, Esq. [Virginia Bar Number: 74890]
Terry Frank Law
108 E. Grace Street, Suite 001
Richmond, VA 23219
T : 804-577-4955
F : 844-906-2455
Terry@terryfranklaw.com

Soohyun Choi, *pro hac vice*
Gabriel Diaz, *pro hac vice*
Edward Olds, *pro hac vice*
Valerie Comenencia Ortiz, *pro hac vice*
RELMAN COLFAX, PLLC
1225 19th St. NW
Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
schoi@relmanlaw.com
gdiaz@relmanlaw.com
tolds@relmanlaw.com
vcomenenciaortiz@relmanlaw.com

*Attorneys for Plaintiffs*

/s/_____
David P. Corrigan, VSB #26341
M. Scott Fisher, Jr, VSB #78485
Harman Claytor Corrigan & Wellman
PO Box 70280
Richmond, VA 23255
T: (804) 747-5200
dcorrigan@hccw.com
sfisher@hccw.com

/s/_____
Jennifer Lee Parrish, VSB #31996
Jennifer Lynn McGovern, VSB #92402
Parrish Snead Franklin Simpson, PLC
910 Princess Anne Street
Second Floor
Fredericksburg, VA 22401
T: (540) 373-3500

2

F: (540) 899-6394
parrish@parrishsnead.com
mcgovern@parrishsnead.com

*Counsel for Defendants City of Fredericksburg,*
*Timothy J. Baroody, David Layton, and Crystal Hill*

/s/
Alexander Francuzenko, VSB #36510
Philip C. Krone, VSB #87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
T: (703) 865-7480
F: (703) 434-3510
alex@cookcraig.com
pkrone@cookcraig.com

*Counsel for Defendants David P. Decatur, Lucas*
*Burgess, Michael Pearce, Ryan Weatherholtz, and*
*Benjamin Worcester*

/s/
John D. McGavin, VSB #21794
jmcgavin@bmhjlaw.com
BANCROFT,    McGAVIN,    HORVATH    &
JUDKINS, P.C.
9990 Fairfax Blvd. Suite 400
Fairfax, Virginia 22030
(703)385-1000 Telephone
(703)385-1555 Facsimile

*Counsel for Defendants Betsy Mason, Rich Pennock,*
*Joshua Lynch, David Reilly, Nicole Gentry, Michael*
*Athenry, Jason Pitts, James Carr, and Donald Lee*
*Ridenour*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 12, 2021, I filed the foregoing Stipulation of Partial

Dismissal with Prejudice on CM/ECF, which shall serve as notice of filing on all counsel of

record.

<u>/s/ Terry C. Frank</u>

*Counsel for Plaintiffs*